**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

ROBERTO A. MORRELL,

               Plaintiff,                       22 **CIVIL** 6660 (SN)

     -v-                                     **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 21, 2023, Morell's motion is DENIED, and the Commissioner's motion is GRANTED. The action is DISMISSED with prejudice.

**Dated:**  New York, New York
          August 22, 2023

                                                                           **RUBY J. KRAJICK**

                                                                               **Clerk of Court**

                                            **BY:**     *K. Mango*

                                                                               **Deputy Clerk**